FILED

08/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0261

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0261

_____

CHRISTOPHER SHELTON, VICKY COSTA,
AND TODD COSTA,

        Plaintiffs and Appellants,

   v.

STATE OF MONTANA, DEPARTMENT OF              O R D E R
PUBLIC HEALTH AND HUMAN SERVICES,
an agency of the State of Montana, SUSAN
RIDGEWAY, AXILON LAW GROUP, PLLC,
PAUL S. HENNING,  AARON J. DAVIES and
DOES 1-20,

        Defendants and Appellees.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure.  After reviewing the Appellant's opening brief filed on July 31, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(7) requires the redaction of confidential personal information from documents filed with the Clerk of the Supreme Court, including the full birth dates of any person.  The Court has determined that page 3 of Appellant's opening brief lists the full birth date of L.S.  To comply with M. R. App. P. 10(7), Appellant must redact the full birth date.

IT IS THEREFORE ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that Appellant shall serve copies of the revised brief and appendix on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those

specified in this Order may be made to the brief as originally filed.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to provide a true copy of this Order to the Appellant and to all parties of record.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 1 2024